INTERSTATE BUSINESS MEN'S ACCIDENT ASSOCIATION OF DES MOINES, IOWA, *v.* MINOR.

[No. 10,649.    Filed December 15, 1920.]

APPEAL.—*Briefs.—Failure to Set Out Motion for New Trial.*—No question is presented on appeal where the only error properly assigned relates to the ruling on the motion for new trial, and the latter is not set out, in whole or in part, in appellant's brief, nor any reference therein made to the page in the record where the motion might be found.

From Perry Circuit Court; *Fred A. Heuring*, Judge.

Action between the Interstate Business Men's Accident Association of Des Moines, Iowa, and William G. Minor. From the judgment rendered, the former appeals. *Affirmed.*

*William V. Doogs, R. M. Haines* and *Dunshel, Haines & Brody,* for appellant.

*John W. Ewing* and *Oscar C. Minor,* for appellee.

ENLOE, J.—The only error properly assigned in this cause is the action of the court in overruling appellant's motion for a new trial. This motion, or any part of it, is not set out in appellant's brief. We are not even referred to the page in the record where said motion can be found. We are not even informed as to the substance of any of the reasons for a new trial therein set forth. No question is presented by this brief for our consideration. *W. T. Rawleigh Co.* v. *Hughes* (1919), 70 Ind. App. 127, 121 N. E. 546, and authorities there cited.

The judgment is affirmed.